1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   J. DOUGLAS WILSON (DCBN 412811)
3  Acting Chief, Criminal Division

4  GARTH HIRE (CABN 187330)
   CHRISTINA McCALL (CABN 234139)
5  Assistant United States Attorneys

6      1301 Clay Street, Suite 340-S
       Oakland, California 94612-5217
7      Telephone:  (510) 637-3929/ 3717
       Facsimile:  (510) 637-3724
8      E-Mail:    Garth.Hire@usdoj.gov
                  Christina.McCall@usdoj.gov
9
   Attorneys for Plaintiff
10

11                 UNITED STATES DISTRICT COURT

12                 NORTHERN DISTRICT OF CALIFORNIA

13                         OAKLAND DIVISION

14 UNITED STATES OF AMERICA,           )   No. CR 09-00780 CW
                                       )
15     Plaintiff,                      )
                                       )   NOTICE OF DISMISSAL; [~~PROPOSED~~]
16  v.                                 )   ORDER
                                       )
17 JASON LAMAR FITCH, and              )   (OAKLAND VENUE)
   RAJNESH LAL,                        )
18                                     )
       Defendant.                      )
19 _____)

20     With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the

21 United States Attorney for the Northern District of California dismisses the above indictment

22 with prejudice as to both defendants and moves that the Court quash the arrest warrants issued in

23 this case.  The defendants have resolved this matter in state court.

24 DATED: November 12, 2010               Respectfully submitted,

25                                        MELINDA HAAG
                                          United States Attorney
26                                               /s/
                                          _____
27                                        GARTH HIRE
                                          Assistant United States Attorney
28

   NOTICE OF DISMISSAL; [~~PROPOSED~~] ORDER
   CR 09-00780 CW

[~~PROPOSED~~] ORDER

Leave of Court is granted to the government to dismiss the above-captioned indictment. It is further ordered that the arrest warrants issued for both defendants in connection with the indictment are quashed.

Date: **11/15/2010**

HONORABLE CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE